## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS'          )
PENSION, WELFARE & ANNUITY FUNDS,      )
                                            )
      Plaintiff,                       )
                                            )
vs.                                    )          Case No. 13-cv-490-JPG-SCW
                                            )
ASPHALT MAINTENANCE, LLC,              )
                                            )
      Defendant.                       )

### <u>MEMORANDUM AND ORDER</u>

THIS MATTER comes before the Court on a Motion for Entry of Default Judgment (Doc. 13).  The Court, being fully advised in the premises, finds that a Complaint was filed on May 30, 2013, and that Defendant, Asphalt Maintenance, LLC, was personally served on June 3, 2013.  On February 6, 2014, Defendant was found to be in default, and therefore the Plaintiff is entitled to Judgment;

THEREFORE, the Court **GRANTS** the motion for default judgment (Doc. 13) and **DIRECTS** the Clerk to enter judgment in favor of the Plaintiff, Trustees of Central Laborers' Pension, Welfare & Annuity Funds, and against the Defendant, Asphalt Maintenance, LLC, in the amount of **Eighteen Thousand Eight Hundred Eighty One Dollars and Sixty Cents ($18,881.60)**, plus **One Thousand Three Hundred Fourteen Dollars ($1,314.00)** in attorney's fees and court costs for a total Judgment of **Twenty Thousand One Hundred Ninety Five Dollars and Sixty Cents ($20,195.60)**.

**Dated:  May 9, 2014**

                                          s/ J. Phil Gilbert
                                          **DISTRICT JUDGE**